UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CV-128-FL

| UNITED STATES OF AMERICA, and the STATE of NORTH CAROLINA, *ex rel.* BRONSON LOWERY, | ) ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ALL MEDICINES, INC. (dba Townsend's Pharmacy, JAMES CRAIG BELL, and MELISHA WEST, | ) ) ) ) ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by attorney for Plaintiffs, United States of America and the State of North Carolina, the named Defendant, Melisha West, having failed to appear, plead, or otherwise defend herself, as provided by the Federal Rules of Civil Procedure, default is hereby entered against Defendant, Melisha West, pursuant to the Federal Rule of Civil Procedure 55(a).

This the __9__ day of December, 2020.

_____
PETER A. MOORE, JR.
Clerk of Court