IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CV-128-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRONSON LOWERY, and STATE OF NORTH CAROLINA, ex rel. BRONSON LOWERY, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>V. )<br>)<br>ALL MEDICINES, INC. (dba Townsend's Pharmacy), JAMES CRAIG BELL, and MELISHA WEST, )<br>)<br>)<br>)<br>Defendants. ) | ORDER |

This matter comes before the Court on the United States of America's motion to seal its filed Joint Motion to Stay Discovery and Supporting Memorandum [D.E. 76 and D.E. 78], and the Memorandum in Support of Motion to Seal [D.E. 79]. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Joint Motion to Stay Discovery and two supporting memoranda.

SO ORDERED this 30th day of July, 2021.

_____
LOUISE W. FLANANGAN
United States District Judge