UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:17-CV-128-FL

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA, ex rel. BRONSON LOWERY, <br><br> Plaintiffs, <br><br> v. <br><br> ALL MEDICINES, INC. (dba TOWNSEND'S PHARMACY), JAMES CRAIG BELL, and MELISHA WEST, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CONSENT ORDER FOR <br> ) ENTRY OF JUDGMENT <br> ) BY THE PARTIES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The parties have reached a Settlement Agreement to resolve this case. The Settlement Agreement is attached as Exhibit 1 and incorporated by reference. As part of the Settlement Agreement, Defendants James Craig Bell and All Medicines, Inc., agree to entry of the Consent Judgment (the "Consent Judgment"), attached as Exhibit 2 and incorporated by reference, including that $3,500,000 of the Civil Settlement Amount is joint and several with Defendants James Craig Bell and Melisha West, and that the amount paid for restitution shall be credited against both the Civil Settlement Amount and the federal criminal restitution.

Thus, it is STIPULATED and ORDERED that

1. This action is dismissed with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure, with the parties each bearing their own attorneys' fees and

1

costs, subject to resolution of any claims for attorneys' fees and costs by Relator as authorized by the False Claims Act and contemplated by the Settlement Agreement.

2. This matter shall be closed for statistical purposes; however, the Court shall retain jurisdiction of this matter to enforce the terms of the Settlement Agreement, including the entry of the Consent Judgment, and a determination of attorneys' fees and costs that Relator is entitled to recover under the False Claims Act, if necessary.

3. The Court hereby finds that the Consent Judgment, in the amount of $4,016,014.74, plus interest at the rate of 4% per annum, is based upon the consent of the parties and is otherwise a valid judgment.

4. The Clerk of Court shall, as soon as practicable, date, sign, and file the Consent Judgment (with the current post-judgment interest rate), without further instruction by the Court. Defendants expressly waive notice and opportunity to be heard as to the filing and entry of the Consent Judgment by the Clerk.

5. Finally, notwithstanding the language of 28 U.S.C. § 3205 or any other statute, Defendants agree that Plaintiffs may take immediate collection action as soon as the Consent Judgment is entered. Alternatively, Defendants agree that, as of the date of this Consent Order, Plaintiffs have made demand on Defendants

for payment of the amount listed in the Consent Judgment and that Defendants have not paid the amount due.

SO ORDERED this the 7th day of May, 2024.

*(signature)*
LOUISE W. FLANAGAN
United States District Judge

CONSENTED TO:

MICHAEL F. EASLEY
United States Attorney

5/7/24
DATE

By: /s/ Neal I. Fowler
NEAL I. FOWLER
Assistant United States Attorney
Civil Division
150 Fayetteville Street
Suite 2100, Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4049
Email: Neal.fowler@usdoj.gov
NC Bar #27371

4/25/2024
DATE

*(signature)*
CHESHIRE PARKER SCHNEIDER, PLLC
133 Fayetteville Street, Suite 400
Raleigh, NC 27602
Telephone: 919-833-3114
Email: elliot.abrams@cheshirepark.com
Counsel for Defendants James Craig Bell
and All Medicines, Inc.

3