UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>THE STATE OF NORTH CAROLINA, and )<br>ex rel. BRONSON LOWERY )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>ALL MEDICINES, INC. (dba- )<br>TOWNSEND'S PHARMACY), )<br>JAMES CRAIG BELL, and )<br>MELISHA WEST, )<br>)<br>Defendants. ) | **JUDGMENT**<br>**IN A CIVIL CASE**<br>**CASE NO. 7:17-CV-128-FL** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the stipulation of dismissal and consent order for entry of judgment entered  5/7/24 , that judgment is entered in favor of Plaintiffs United States of America and The State of North Carolina who shall have and recover from Defendants James Craig Bell and All Medicines, Inc.., jointly and severally, the sum of $4,016,014.74, plus all accrued interest to date at a rate of 4%, and with post-judgment interest continuing to accrue at the rate of  5.19 % per annum, and further that $3,500,000 of the Civil Settlement Amount is joint and several with Defendants James Craig Bell and Melisha West, and that the amount paid for restitution shall be credited against both the Civil Settlement Amount and the federal criminal restitution.

**This Judgment Filed and Entered on , and Copies To:**

John Richard Taylor / Matthew Ballew /Robert Zaytoun (via CM/ECF Notice of Electronic Filing)
Michael Berger / Neal owler (via CM/ECF Notice of Electronic Filing)
Elliot Sol Abrams (via CM/ECF Notice of Electronic Filing)
Shana Fulton (via CM/ECF Notice of Electronic Filing)

DATE:  5/7/24

_Sandra Collins_
Sandra Collins, Deputy Clerk
PETER A. MOORE, JR., CLERK

2